(December 6, 1984)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MORRIS BRAND, Appellant. — Judgment, Supreme Court, New York County (Howard Bell, J.), rendered on October 5, 1983, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Murphy, P. J., Sullivan, Ross and Carro, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN LANIER, Appellant. — Judgment of resentence, Supreme Court, New York County (Dennis Edwards, Jr., J.), rendered on December 7, 1979, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Murphy, P. J., Sullivan, Ross and Carro, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE SANTIAGO, Appellant. — Judgment, Supreme Court, Bronx County (Irving Lang, J.), rendered on May 8, 1984, unanimously affirmed. The case is remitted to the Supreme Court, Bronx County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Murphy, P. J., Kupferman, Ross, Carro and Lynch, JJ.